**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| AHMED GOMAA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 2:12-CV-00097-RWS |
| ERIC HOLDER, US Attorney : | |
| General, *et al.* : | |
| : | |
| Defendants. : | |
| : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [6] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED**, **WITHOUT PREJUDICE**. The Clerk shall close the case.

**SO ORDERED**, this  31st  day of August, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE